**FILED:  12/30/13
(closed)**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN NATIONAL ASSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>    vs.<br><br>FRIEDMAN & FRIEDMAN, and IRA R. FRIEDMAN, SUSAN J. MAHONEY, MICHAEL J. MAHONEY, and ADELE S. MAHONEY;<br><br>                    Defendants. | CASE No.  2:13-CV-05174-GHK (MAN)<br><br>**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE (FRCP 41(a)(1)(ii))**<br><br>Judge:    Hon. George H. King |
| AND RELATED COUNTER-CLAIMS. | |

Darwin-Friedman - proposed order to dismiss action-Final.docx

Pursuant to the *Stipulation to Dismiss Entire Action with Prejudice* entered into between Plaintiff and Counter-Defendant Darwin National Assurance Company; Defendant and Counter-Claimants Friedman & Friedman, Ira R. Friedman; and Defendants Susan J. Mahoney, Michael J. Mahoney, and Adele S. Mahoney, the above-entitled action is dismissed in its entirety with prejudice, with each party bearing its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Date: December 30, 2013

_____
Hon. George H. King
Chief U. S. District Judge